1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
9                                AT TACOMA
10

11   ROGER TATUM,
                                              Case No.  C07-5168RBL
12                        Petitioner,
                                              ORDER GRANTING I.F.P.
13            v.                              APPLICATION

14   STEVE MANSFIELD,

15                        Respondent.

16

17        Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.  Petitioner does not

18   appear to have funds available to afford the $5.00 filing fee.

19        The Clerk is directed to mail a copy of this Order to petitioner.

20        DATED this 9th day of April, 2007.

21

22                            _/s/ J. Kelley Arnold_____
                              J. Kelley Arnold
23                            United States Magistrate Judge

24
25
26
27
28

ORDER
Page - 1