UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROGER TATUM,<br><br>    Petitioner,<br><br>  v.<br><br>STEVE MANSFIELD,<br><br>    Respondent. | Case No.  C07-5168RBL<br><br>ORDER GRANTING I.F.P. APPLICATION |

Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 9th day of April, 2007.

           */s/ J. Kelley Arnold*
           J. Kelley Arnold
           United States Magistrate Judge