1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROGER T. TATUM,

                    Petitioner,

          v.

CHONDRA WRZENSINSKI, *et al.*,

                    Respondents.

Case No.  C07-5168RBL

ORDER DISMISSING PETITION

16
17
18

The Court, having reviewed the petition for habeas corpus,  the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and the remaining record, does hereby find and Order:

19
20
21
22

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's pending motions, if any, are DENIED.

(3)     Petitioner's federal habeas petition is DISMISSED without prejudice..

(4)     The Clerk is directed to send copies of this Order to petitioner and to Judge Arnold.

23
24

DATED this 8th day of June, 2007.

25
26
27
28

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1