# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROGER T. TATUM,
           Plaintiff,  
  v.

CHONDRA WRZENSINSKI, et al.,,
           Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5168RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

Petitioner's pending motions, if any, are DENIED..

Petitioner's federal habeas petition is DISMISSED WITHOUT PREJUDICE.

June 12, 2007

BRUCE RIFKIN  
Clerk

/s/ Pat LeFrois  
Deputy Clerk